

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FILED

DEC 1 2 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

MICHAEL LINDEN GATES

    Debtor.

Case No. 07-25755-B-7

D.C. No. MLG-5

**MEMORANDUM DECISION**

On October 25, 2007, pro se debtor Michael Linden Gates filed an application for an exemption from the course in personal financial management ("the Application"). (Dkt. 31). On October 30, 2007 the court issued an order establishing a briefing schedule establishing a briefing schedule. (Dkt. 34). Under the briefing schedule, written opposition to the Application was to be filed on or before November 20, 2007. The debtor was to reply to any written opposition on or before November 27, 2007. No hearing on the Application was set. No written opposition having been filed, the court now issues the following ruling on the merits of the Application.

The Application is granted. The requirement of completing an instructional course in personal financial management set forth in 11 U.S.C. § 727(a)(11) shall not apply to the debtor. Pursuant to 11 U.S.C. § 727(a)(11), the requirement of completion

of a course in personal financial management shall not apply to a debtor who is a person described in 11 U.S.C. § 109(h)(4). Section 109(h)(4) describes a debtor with a "disability" as a debtor who is "so physically impaired as to be unable, after reasonable effort, to participated in an in person, telephone, or Internet briefing required under [Section 109(h)(1)]." 11 U.S.C. § 109(h)(4).

    The court finds that the debtor is "disabled" within the meaning ascribed in Section 109(h)(4) and that he is entitled to a waiver of the obligation to obtain a certificate showing completion of a course in personal financial management. The debtor is presently incarcerated in Vacaville, California. He is therefore unable to physically attend a personal financial management course. He also lacks access to the Internet and due to constraints placed by the California Department of Corrections, debtor cannot contact debtor education agencies by phone. Debtor is unable to make anything but collect phone calls and collect calls may not be made to toll free numbers. The court takes judicial notice pursuant to Federal Rule of Evidence 201 of the list of debtor education agencies approved for use in the Eastern District of California available at http://www.usdoj.gov/ust/eo/bapcpa/ccde/DE_Files/DE_Approved_Agencies_HTML/de_california/de_california.htm. Nearly all of the debtor education agencies certified by the United States trustee have toll free numbers. Those that do not provide in-person education. Debtor effectively has no way to comply with Section

2

1 | 727(a)(11). For this reason, the court finds that he is disabled
2 | within the meaning of that term as used in 11 U.S.C. § 109(h)(4).
3 |     The court will issue an order consistent with the foregoing
4 | decision.

Dated: DEC 11 2007

*Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

Michael Gates
F-34138 T-243
PO Box 2000
Vacaville, CA 95696

Linda Schuette
PO Box 743
Palo Cedro, CA 96073

U.S. Trustee
501 I St #7-500
Sacramento, CA 95814

DATED: 12/12/07          By: _____
                              Deputy Clerk

EDC 3-070 (New 4/21/00)